UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

FANG WANG,

                Defendant.

CASE NO. 17-176

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The government proffered that Defendant has a leadership or managerial role in a wide ranging prostitution ring that spans both coasts and also involves international contacts. Defendant resides in New York and allegedly travels here for criminal purposes. As a leader she presents a danger to the community and to the prostitutes who work under her. Defendant also poses a high risk of flight given her weak ties to the area. Though she has family and children in New York, she has exhibited a willingness to spend extended periods of time away from them.

It is therefore **ORDERED**:

DETENTION ORDER - 1

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 11th day of May, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge